FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Jeromy Victor Reeves<br>　　　　　　Defendant. | CASE NO. CR 09-1070 VBF<br><br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

　　　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　　　The court finds no condition or combination of conditions that will reasonably assure:

　　　　(A)　( ✓ )　the appearance of defendant as required; and/or

　　　　(B)　( ✓ )　the safety of any person or the community.

//

//

The court concludes:

A.  (  )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Defendant submits to detention._

(B)  ( ✓ )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_See above._

IT IS ORDERED that defendant be detained.

DATED: JAN 2 6 2015

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE